JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JAMES GIBEL LISPIER,

            Petitioner,

    v.

J. JOHNSON,

            Respondent.

Case No. 5:26-cv-01754-PD

**JUDGMENT**

    Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is granted as to the first claim under Fifth Amendment Due Process.

    The remaining claims are dismissed without prejudice.

DATED: April 22, 2026



Patricia Donahue
United States Magistrate Judge